ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, DONALD MONACO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD MONACO,<br><br>    Defendant. | CASE NO. 1:09-CR-00298 OWW<br><br>**ORDER EXCUSING PERSONAL PRESENCE OF DEFENDANT** |

It is hereby ordered that Defendant Donald Monaco's motion to be excused from appearing at the status conference and hearing on discovery motions calendared for September 28, 2009 is granted.

The United States Marshal is to be notified in order that Mr. Monaco not be transported from the Fresno County Detention Facility to the court for the status conference.

Mr. Monaco is ordered to appear at all future hearing dates unless excused by written order of this Court.

IT IS SO ORDERED:

Dated: 9/25/2009                    /s/ OLIVER W. WANGER
                                    HONORABLE OLIVER W. WANGER
                                    United States District Court Judge
                                    Eastern District of California

1