IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-F-09-298 OWW |
|---|---|---|
| | ) | |
| | ) | ORDER SCHEDULING *IN CAMERA* |
| | ) | HEARING RE REPRESENTATION OF |
| Plaintiff, | ) | DEFENDANT DONALD MONACO |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| DONALD MONACO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

An *in camera* hearing will be conducted on Monday, January 4, 2009 at 9:00 a.m. to address issues raised by Defendant Donald Monaco concerning his legal representation in a letter to the Court received on December 8, 2009. A copy of Defendant's letter will be forwarded to Defendant's counsel, Roger Litman.

IT IS SO ORDERED.

Dated:   December 16, 2009              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1