ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, DONALD MONACO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00298 OWW |
|---|---|
| Plaintiff, | |
| v. | **APPLICATION FOR SEALING** |
| DONALD MONACO, | |
| Defendant. | |

**COMES NOW** Roger Litman, attorney for defendant DONALD MONACO who applies hereby for an order permitting him to file, under seal, his letter responding to Mr. Monaco's correspondence to the court dated December 3, 2009. This request to file under seal is based on the confidential nature of the information contained therein in Mr. Litman's letter.

Therefore, defense counsel respectfully requests that this Court order the within letter be scanned by the Clerk's Office into the sealed section of the ECF, and the original returned to counsel.

DATED:  December 21, 2009          Respectfully submitted,


                                   /s/ Roger K. Litman
                                   ROGER K. LITMAN
                                   Attorney for Defendant,
                                   DONALD MONACO

1

**IT IS HEREBY ORDERED** that the letter of Roger K. Litman responding to Mr. Monaco's correspondence of December 3, 2009, be filed under seal, and that the document be scanned by the Clerk's Office into the sealed section of ECF, and the original be returned to counsel.

IT IS SO ORDERED.

**Dated:   December 22, 2009**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE