ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, DONALD MONACO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00298 OWW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| DONALD MONACO, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the court authorize Federal Probation Officer Sandra Dash to provide Roger K. Litman, counsel for Mr. Monaco, a copy of the October 6, 2009 revocation petition, and no bail warrant issued by Judge Ishii on October 6, 2009 in Action No. 0972/1:08CR00090-01.

DATED:  December 21, 2009        /s/ Kimberly Sanchez
                                 KIMBERLY SANCHEZ
                                 Assistant United States Attorney
                                 **This was agreed to by Ms. Sanchez via email on December 21, 2009**

DATED:  December 21, 2009        /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 DONALD MONACO

IT IS SO ORDERED.

**Dated:   December 22, 2009**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

1