ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, DONALD MONACO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00298 OWW |
|---|---|
| Plaintiff, | |
| v. | **ORDER EXCUSING PERSONAL PRESENCE OF DEFENDANT** |
| DONALD MONACO, | |
| Defendant. | |

It is hereby ordered that Defendant Donald Monaco's motion to be excused from appearing at the status conference and ruling on co-defendant's motion to dismiss, calendared for February 8, 2010 is granted.

The United States Marshal is to be notified in order that Mr. Monaco not be transported from the Fresno County Detention Facility to the court for the hearing.

Mr. Monaco is ordered to appear at all future hearing dates unless excused by written order of this Court.

IT IS SO ORDERED:


Dated: January 23, 2010         /s/ OLIVER W. WANGER
                                HONORABLE OLIVER W. WANGER
                                United States District Court Judge
                                Eastern District of California

1