CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  1:09-cr-00298 OWW |
| Plaintiff, | ) |
| vs. | ) WAIVER OF PERSONAL APPEARANCE |
| | ) BY DEFENDANT DONALD MONACO |
| DONALD MONACO, | ) AND ORDER THEREON |
| Defendant. | ) |

    Defendant Donald Monaco hereby waives his right to be present in open court for the hearing of any motion or other proceeding in this matter, including, but not limited to, when the case is ordered set for trial, when a continuance is granted, and when any other action is taken by the court either before or after trial, except for an arraignment, plea, empanelment of a jury and imposition of sentence.

    Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Carl M. Faller, in the same manner as if the defendant was personally present; and further agrees to be present in person in court ready for trial at any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18, United States code, Sections 3161 through 3174 (known as the Speedy Trial Act), and authorizes his attorney to set times and dates under the Act without defendant being present.

Dated:  May 12, 2010                                         /s/Donald Monaco
                                                             DONALD MONACO

Dated:  May 12, 2010                                         /s/Carl M. Faller
                                                             CARL M. FALLER
                                                             Attorney for Defendant

ORDER:

   IT IS ORDERED that defendant's presence having been waived under the conditions set forth above, his personal presence is excused under those conditions.

IT IS SO ORDERED.

   Dated:   **May 13, 2010**                              **/s/ Oliver W. Wanger**
                                                             UNITED STATES DISTRICT JUDGE