CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: 1:09-cr-00298 OWW |
| Plaintiff,   ) | |
| vs.   ) | STIPULATION AND ORDER TO CONTINUE DATE FOR SENTENCING |
| DONALD MONACO,   ) | DATE: December 20, 2010 |
| Defendant.   ) | TIME: 9:00 AM<br>Honorable Oliver W. Wanger |

  Counsel for Donald Monaco previously filed a request to continue this defendant's sentencing hearing currently set for December 20, 2010.  Since that time, I was able to confer with Assistant United States Attorney Kevin P. Rooney, who agreed, on behalf of the United States, to stipulate to the requested continuance.  Therefore, this request is now being presented to the court as a stipulation, rather than a defense request.

  Therefore, it is respectfully stipulated between the parties that the sentencing hearing in this matter be continued from December 20, 1020 at 9:00 am, to January 24, 2010 at 9:00.

Dated:  May 12, 2010         /s/<u>Carl M. Faller</u>
                CARL M. FALLER
                Attorney for Defendant

                /s/<u>Kevin P Rooney</u>
                KEVIN P. ROONEY
                Assistant U. S. Attorney
                Attorney for the United States

ORDER:

IT IS ORDERED that defendant's sentencing hearing currently set for December 20, 2010 at 9:00 am., be continued until January 24, 2010 at 9:00 am.

IT IS SO ORDERED.

Dated: __**December 16, 2010**__                    __**/s/ Oliver W. Wanger**__
                                                                                          UNITED STATES DISTRICT JUDGE