CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DONALD MONACO,<br><br>　　　　Defendant. | Case No.: 1:09-cr-00298 OWW<br><br>STIPULATION TO CONTINUE DATE FOR SENTENCING; ORDER<br><br>DATE:  January 24, 2011<br>TIME:  9:00 AM<br>Honorable Oliver W. Wanger |

　　　It is hereby stipulated between the parties that the sentencing hearing in this matter be continued from January 24, 2011 at 9:00 am, to February 28, 2011 at 9:00 am.  The reason for the continuance is that counsel for the defendant is currently in trial in Tulare County Superior Court in the case of People of the State of California v. Danny Williams, case no. VCF 22476.  Trial commenced on January 18, 2011, and is scheduled to last 4 to 5 weeks.

Dated:  January 19, 2011　　　　　　　　　　　　/s/Carl M. Faller
　　　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER

　　　　　　　　　　　　　　　　　　　　　　By /s/Kimerly Sanchez
　　　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the United States

1 | ORDER:
2 |     IT IS ORDERED that defendant's sentencing hearing currently set for January 24, 2011
3 | at 9:00 am., be continued until February 28, 2011 at 9:00 am.
4 |
5 | IT IS SO ORDERED.
6 |     Dated:   **January 19, 2011**                    **/s/ Oliver W. Wanger**
                                                                                             UNITED STATES DISTRICT JUDGE