CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) Case No.: 1:09-cr-00298 OWW |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORER TO CONTINUE<br>) DATE FOR SENTENCING |
| DONALD MONACO, | ) DATE:  February 28, 2011 |
| Defendant. | ) TIME:  9:00 AM<br>) Honorable Oliver W. Wanger |

It is hereby stipulated between the parties that the sentencing hearing in this matter be continued from February 28, 2011 at 9:00 am, to March 21, 2011 at 9:00 am.  The reason for the continuance is that counsel for the defendant has been in trial in Tulare County Superior Court in the case of People of the State of California v. Danny Williams, case no. VCF 22476, since January 18, 2011.  The trial concluded late in the day February 23, 2011, but counsel needs the additional time to adequately prepare for defendant's sentencing.

Dated:  February 24, 2011                         /s/Carl M. Faller
                                                                CARL M. FALLER
                                                                Attorney for Defendant

                                                                BENJAMIN B. WAGNER

                                                      By  /s/Kimerly Sanchez
                                                                KIMBERLY SANCHEZ
                                                                Assistant U. S. Attorney
                                                                Attorney for the United States

///

ORDER:

IT IS ORDERED that defendant's sentencing hearing currently set for February 28, 2011 at 9:00 am., be continued until March 21, 2011 at 9:00 am.

IT IS SO ORDERED.

Dated:   **February 25, 2011**                    **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE