CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DONALD MONACO,<br><br>　　　　　Defendant. | Case No.: 1:09-cr-00298 OWW<br><br>STIPULATION TO CONTINUE DATE FOR SENTENCING; ORDER<br><br>DATE:  March 21, 2011<br>TIME:   9:00 AM<br>Honorable Oliver W. Wanger |

　　　It is hereby stipulated between the parties that the sentencing hearing in this matter be continued from March 21, 2011 at 12:00 pm, to April 11, 2011 at 9:00 am.  The reason for the continuance is that counsel for the defendant and his client have resolved their issues concerning continuing representation, but that defense counsel needs additional time to prepare and file a sentencing memorandum containing arguments which the defendant desires to be presented to the court.

Dated:  March 17, 2011　　　　　　　　　　　　　/s/Carl M. Faller
　　　　　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER

　　　　　　　　　　　　　　　　　　　　　　　　By  /s/Kimberly Sanchez
　　　　　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the United States

ORDER:

    IT IS ORDERED that defendant's sentencing hearing currently set for March 21, 2011 at 12:00 pm., be continued until April 11, 2011 at 9:00 am.

IT IS SO ORDERED.

    Dated:   **March 18, 2011**            **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE