CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-cr-00298 OWW |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| DONALD MONACO, | DATE: April 25, 2011 |
| Defendant. | TIME: 9:00 AM<br>Honorable Oliver W. Wanger |

It is hereby stipulated between the parties that the sentencing hearing in this matter be continued from April 11, 2011 at 9:00 am, to April 25, 2011 at 9:00 am.  The reason for the continuance is that counsel for the defendant and his client have new issues about how to proceed at sentencing and the continuance should give them additional time to resolve those issues so that new counsel will not have to be appointed and the case further delayed.

Dated:  April 7, 2011                                          /s/Carl M. Faller
                                                                            CARL M. FALLER
                                                                            Attorney for Defendant

                                                                            BENJAMIN B. WAGNER

                                                                    By  /s/Kimerly Sanchez
                                                                            KIMBERLY SANCHEZ
                                                                            Assistant U. S. Attorney
                                                                            Attorney for the United States

ORDER

IT IS ORDERED that defendant's sentencing hearing currently set for April 11, 2011 at 9:00 am., be continued until April 25, 2011 at 9:00 am.

IT IS SO ORDERED.

Dated: __**April 7, 2011**__              __**/s/ Oliver W. Wanger**__
                                                        UNITED STATES DISTRICT JUDGE