1  CARL M. FALLER  SBN: 70788
   FALLER LAW FIRM
2  Post Office Box 912
   Fresno, CA 93714
3  559-226-1534
   carl.faller@fallerdefense,com
4

5  Attorney for Defendant

6

7

8                    **IN THE UNITED STATED DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,           ) Case No.: 1:09-cr-00298 OWW
                                         )
12 |           Plaintiff,                )
                                         ) STIPULATION TO CONTINUE DATE FOR
13 |     vs.                             ) SENTENCING; PROPOSED ORDER
                                         )
14 | DONALD MONACO,                      ) DATE:  May 23, 2001
                                         ) TIME:  9:00 AM
15 |           Defendant.                ) Honorable Oliver W. Wanger

16

17     It is hereby stipulated between the parties that the sentencing hearing in this matter be

18 continued from May 23, 2011 at 9:00 am to June 20, 2011 at 9:00 am.  The reason for the

19 continuance is that counsel for the defendant is currently engaged in trial in Fresno County

20 Superior Court in the case of People v. Antonio Salas, a case involving two counts of first degree

21 murder with special circumstances.  The trial is scheduled to conclude on the week of June 1June

22 15, 2001.

23 Dated:  May 19, 2011                     /s/Carl M. Faller
                                            CARL M. FALLER
24                                          Attorney for Defendant

25                                          BENJAMIN B. WAGNER

26

27                                       By /s/Kimerly Sanchez
                                            KIMBERLY SANCHEZ
28                                          Assistant U. S. Attorney

ORDER:

     IT IS ORDERED that defendant's sentencing hearing currently set for May 23, 2011 at 9:00 am., be continued until June 20, 2011 at 9:00 am.

IT IS SO ORDERED.

Dated:  **May 19, 2011**               **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE