CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DONALD MONACO,<br><br>        Defendant. | Case No.: 1:09-cr-00298 OWW<br><br>STIPULATION TO CONTINUE DATE FOR SENTENCING; ORDER<br><br>DATE:  June 20, 2011<br>TIME:  9:00 AM<br>Honorable Oliver W. Wanger |

It is hereby stipulated between the parties that the sentencing hearing in this matter be continued from June 20, 2011 at 9:00 am to July 11, 2011 at 9:00 am.  The reason for the continuance is that counsel for the defendant is still engaged in trial in Fresno County Superior Court in the case of People v. Antonio Salas, a case involving two counts of first degree murder with special circumstances.  As of the date of this stipulation, the case has not yet gone to the jury.

Dated:  June 15, 2011                                    /s/Carl M. Faller
                                                         CARL M. FALLER
                                                         Attorney for Defendant

                                                         BENJAMIN B. WAGNER


                                                   By  /s/Kimerly Sanchez
                                                       KIMBERLY SANCHEZ

Assistant U. S. Attorney

ORDER:

    IT IS ORDERED that defendant's sentencing hearing currently set for June 20, 2011 at 9:00 am., be continued until July 11, 2011 at 9:00 am.

IT IS SO ORDERED.

Dated:  **June 15, 2011**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE