**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-cr-0298 OWW |
| Plaintiff, | ) ) | ORDER RE: REQUESTS OF DEFENDANT |
| v. | ) ) | |
| DONALD MONACO, | ) ) | |
| Defendant. | ) ) ) | |

The Court has received numerous communications from Defendant, Donald Monaco, in this case, 1:09-cr-0298 OWW.

As with all federal sentencing cases, the Court lost jurisdiction seven days after the entry of judgment of conviction. The requests of Defendant are therefore DENIED without prejudice. The alternate request for a recommendation to the Federal Penal institution of Lompoc, California shall be added to the recommended designation of institution. Copies of these letters shall be provided to the United States Attorney, Kim Sanchez, Esq. and defense counsel, Carl Faller, Esq.

IT IS SO ORDERED.

Dated:   August 19, 2011              /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE